COLLIN & GISSEL *v.* UNITED STATES

No. 4565.—Invoice dated Cheadle Heath, England, July 29, 1936.
  Certified August 1, 1936.
  Entered at Houston, Tex., August 24, 1936.
  Entry No. 224–H.

(Decided on rehearing [Reap. Dec. 4259] May 2, 1939)

*Philip Stein* for the plaintiffs.

*Webster J. Oliver,* Assistant Attorney General (*Charles J. Miville,* special attorney), for the defendant.

TILSON, Judge: The merchandise in this case consists of flour-mill machinery imported from England and entered at the port of Houston, Tex.

In accordance with the stipulation of counsel, I find the proper dutiable value of said merchandise to be the c. i. f. duty paid Houston price of each machine £415 0s., 0d., less charges for each machine from Liverpool to Houston of £19 15s. 0d., less charges for each machine from factory to Liverpool of £2 6s. 8d., less duty at 27½ per centum, plus packing and cases, as invoiced. Judgment will be rendered accordingly.